UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 08-40-DLB

NADINE COLLINS                                                                                       PLAINTIFF

vs.                                              **JUDGMENT**

MICHAEL J. ASTRUE,
**Commissioner of Social Security**                                                    DEFENDANT

* * * * * * * * * * * * *

In compliance with Federal Rule of Civil Procedure 58 and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ORDERED AND ADJUDGED** that:

(1)     Defendant's Motion for Summary Judgment (Doc. #10) is hereby **granted;**

(2)     Plaintiff's Motion for Summary Judgment (Doc. #9) is hereby **denied;** and,

(3)     this action is hereby **stricken** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 24TH day of November, 2008.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\SocialSecurity\Orders\5-08-40 Judgment.wpd